UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-21123-CIV-SCOLA/LOUIS

ADRIANA IFERGANE, an individual,

    Plaintiff,

v.

PASCAL FRATELLINI, an individual; and
SCOTT HOLLAND, an individual,

    Defendants.
_____/

**DEFENDANT PASCAL FRATELLINI'S RENEWED MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO RULE 58(d), FED. R. CIV. P.**

Defendant, PASCAL FRATELLINI ("Fratellini"), renews his motion pursuant to Rule 58(d), Fed. R. Civ. P., for the entry of a final judgment in this action in accordance with the Court's January 16, 2020 Order Granting in Part and Denying in Part the Defendants' Motions for Summary Judgment [ECF No. 48].[1]   The grounds for this motion are set forth below:

The Court granted summary judgment in favor of Fratellini on all claims alleged by plaintiff, Adrianna Ifergane ("Ifergane"), in the First Amended Complaint and excused Fratellini from further participation in this case, including calendar call and trial, as well as further briefing of any pending motions.  [ECF No. 48].

Thereafter, the Court entered an Order Administratively Closing Case upon Notice of Settlement dated February 11, 2020 [ECF No. 63] that directs the clerk to administratively close the case pending the filing of a stipulation of dismissal executed by Plaintiff, Adriana Ifergane, and Defendant, Scott Holland pursuant to their settlement agreement.  Because the Court has

---

[1]  The Court denied Fratellini's original Motion for Entry of Final Judgment by Order dated February 5, 2020 because the claim of Plaintiff against Defendant, Scott Holland, was pending. [ECF No. 58].

excused Fratellini from any further participation in this case, the other parties to this action have announced a settlement of Ifergane's remaining claim, and the clerk has been ordered to administratively close the case, there is no just reason to delay entry of a final judgment. Fratellini therefore renews his request pursuant to Rule 58(d), Fed. R. Civ. P., for the Court to enter a final judgment in Fratellini's favor in the form attached herewith as Exhibit A.

WHEREFORE, Fratellini requests the Court to enter a final judgment in the form attached herewith as Exhibit A.

Dated: February 11, 2020                                Respectfully submitted,

By: **Brian J. Stack**
Brian J. Stack, Esq. (Fla. Bar No. 476234)
Email: bstack@stackfernandez.com
Sam Houshmand, Esq. (Fla. Bar No. 96001)
Email: shoushmand@stackfernandez.com
**STACK FERNANDEZ & HARRIS, P.A.**
1001 Brickell Bay Drive, Suite 2650
Miami, Florida 33131
Tel. 305.371.0001
*Attorneys for Defendant, Pascal Fratellini*

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-21123-CIV-SCOLA/LOUIS

ADRIANA IFERGANE, an individual,

    Plaintiff,
v.

PASCAL FRATELLINI, an individual; and
SCOTT HOLLAND, an individual,

    Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

On January 16, 2020 the Court granted summary judgment in favor of defendant, Pascal Fratellini ("Fratellini"), on all claims alleged by plaintiff, Adrianna Ifergane ("Ifergane"), in the First Amended Complaint and excused Fratellini from further participation in this case, including calendar call and trial, as well as further briefing of any pending motions. [ECF No. 48]. Because the Court finds that there is no just reason to delay entry of final judgment, pursuant to Rule 58, Fed. R. Civ. P., the Court hereby enters final judgment in favor of Fratellini and against Ifergane and orders and adjudges that Ifergane shall recover nothing in this action from Fratellini and that the action against Fratellini shall be dismissed with prejudice on the merits. The Court retains jurisdiction to consider an award of attorneys' fees and costs to Fratellini pursuant to Rule 54(d), Fed. R. Civ. P., and Local Rule 7.3.

DONE and ORDERED in Miami, Florida this _____ day of February 2020.

                                              _____
                                              Robert N. Scola, Jr.
                                              United States District Judge

Copies furnished to:
Counsel of record