United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Adriana Ifergane, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 19-21123-Civ-Scola |
| Pascal Fratellini and Scott Holland | ) |
| Defendants. | ) |

### Judgment

    Plaintiff Adriana Ifergane and Defendant Scott Holland have jointly stipulated to the dismissal, with prejudice, of all claims brought by Ifergane against Holland. Further, the Court has granted summary judgment in favor Defendant Pascal Fratellini and against Ifergane. (Order, ECF No. 48.) Because nothing more remains for the Court to adjudicate, there is, finally, no just reason for delay of the entry of final judgment. The Court now enters final judgment in favor of Pascal Fratellini and against Adriana Ifergane, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case; any pending motions are denied as moot.

    The Court **cancels** the hearing set for Tuesday, February 18, 2020.

    **Done and ordered** at Miami, Florida, on February 14, 2020.

                                                               Robert N. Scola, Jr.
                                                             United States District Judge